[No. 14561–4–I.  Division One.  May 13, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
HAYGOOD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–00998–3, Frank L. Sullivan, J., entered
April 4, 1984. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Swanson and Ringold, JJ.

[No. 12312–2–I.  Division One.  May 13, 1985.]

FRANKIE WILSON PHELPS, *Appellant,* v. THE
DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–14391–3, Michael D. McKay, J. Pro
Tem., entered September 27, 1982. *Affirmed* by unpub-
lished opinion per Coleman, J., concurred in by Scholfield,
A.C.J., and Grosse, J.

[No. 7062–6–II.  Division Two.  May 14, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
EDWARD HOPKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 82–1–00520–7, J. Dean Morgan, J., entered
April 8, 1983. *Affirmed* by unpublished opinion per Reed,
A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 6920–2–II.  Division Two.  May 14, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. WENDELL
ROBERT RUSSELL ELLIS, *Appellant.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 82–1–00111–0, Alan R. Hallowell, J.,
entered February 4, 1983. *Affirmed* by unpublished opinion
per Petrich, J., concurred in by Reed, A.C.J., and Alexan-
der, J.